Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CITY OF SEATTLE,<br><br>          Plaintiff,<br><br> v.<br><br>HYUNDAI MOTOR AMERICA, INC and KIA AMERICA, INC.,<br><br>          Defendant. | No. 2:23-cv-00098-JLR<br><br>**NOTICE OF PENDENCY OF OTHER ACTION** |

Pursuant to Local Rule 3(h), City of Seattle hereby submits this Notice of Pendency of Other Action:

1. *In re: Kia Hyundai Vehicle Theft Marketing, Sales Practices, and Products Liability Litigation*, MDL No. 3052 (C.D. Cal.).

The MDL pending in the Central District of California involves substantially the same parties as the instant case and materially similar subject matter. The named defendants in the instant case are defendants in the MDL, and the conduct complained of—specifically, the failure to install engine immobilizers in numerous Hyundai and Kia vehicles—is the same. Although Plaintiff is the first municipal government to bring a public nuisance claim and the other cases in the MDL thus far are consumer product liability claims, Plaintiff believes

NOTICE OF PENDENCY OF OTHER ACTION
(2:23-cv-00098-JLR) - 1

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

coordination in this matter would conserve resources and promote the efficient determination of the actions. Plaintiff therefore supports transfer under 28 U.S.C. § 1407.

RESPECTFULLY SUBMITTED this 24th day of January, 2023.

| CITY OF SEATTLE | KELLER ROHRBACK L.L.P. |
|---|---|
| By *s/ Ann Davison*<br>Seattle City Attorney<br><br>By *s/ Thomas Kuffel*<br>By *s/ Ghazal Sharifi*<br>By *s/ Joseph Groshong*<br>Ann Davison, WSBA #35776<br>Thomas Kuffel, WSBA #20118<br>Ghazal Sharifi, WSBA #47750<br>Joseph Groshong, WSBA #41593<br>701 5th Avenue, Suite 2050<br>Seattle, WA 98104<br>Phone: (206) 684-8300<br>Fax:    (206) 684-8284<br>ann.davison@seattle.gov<br>thomas.kuffel@seattle.gov<br>ghazal.sharifi@seattle.gov<br>joseph.groshong@seattle.gov<br><br>*Counsel for Plaintiff City of Seattle* | By *s/ Gretchen Freeman Cappio*<br>By *s/ Derek W. Loeser*<br>By *s/ Dean Kawamoto*<br>By *s/ Ryan McDevitt*<br>By *s/ Alison S. Gaffney*<br>By *s/ Felicia J. Craick*<br>Gretchen Freeman Cappio, WSBA #29576<br>Derek W. Loeser, WSBA #24274<br>Dean Kawamoto, WSBA #43850<br>Ryan McDevitt, WSBA #43305<br>Alison S. Gaffney, WSBA #45565<br>Felicia J. Craick, WSBA #54505<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101<br>Phone: (206) 623-1900<br>Fax:    (206) 623-3384<br>gcappio@kellerrohrback.com<br>dloeser@kellerrohrback.com<br>dkawamoto@kellerrohrback.com<br>rmcdevitt@kellerrohrback.com<br>agaffney@kellerrohrback.com<br>fcraick@kellerrohrback.com |

4854-0416-1612, v. 2

NOTICE OF PENDENCY OF OTHER ACTION
(2:23-cv-00098-JLR) - 2

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384